# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>WATTSTOCK, LLC,<br><br>    Debtor.<br><br>WATTSTOCK, LLC,<br>    Plaintiff,<br><br>v.<br><br>ALTA POWER LLC,<br>    Defendant, Counter-Plaintiff, and<br>    Third-Party Plaintiff,<br><br>v.<br><br>WATTSTOCK, LLC,<br>    Counter-Defendant, and<br><br>GENERAL ELECTRIC INTERNATIONAL, INC.,<br>d/b/a GE POWER SERVICES,<br>    Third-Party Defendant. | Case No.   21-31488-sgj11V<br>Ch. 11<br><br><br><br>Adv. No.   21-03083-sgj[1]<br><br><br>Civil Case No.  3:21-cv-03183-bs |

## NOTICE OF APPEARANCE OF JOHN T. COX III, ANDREW LEGRAND, POOJA PATEL, AND ERIC HAITZ

PLEASE TAKE NOTICE that Third-Party Defendant General Electric International, Inc. ("GEII") hereby provides notice that attorneys John T. Cox III, Andrew LeGrand, Pooja Patel, and Eric T. Haitz are appearing as its counsel of record in this case. GEII respectfully requests that copies of all pleadings, orders, notices, and other papers filed in this action be provided as follows:

John T. Cox III
Andrew LeGrand
Pooja Patel
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

---

[1] Removed from the District Court of Dallas County, Texas, 116th Judicial District, Cause No. DC-20-08331.

Tel:  214.698.3100
Email:  TCox@gibsondunn.com
ALegrand@gibsondunn.com
PPatel@gibsondunn.com

Eric T. Haitz
**GIBSON, DUNN & CRUTCHER LLP**
811 Main Street, Suite 3000
Houston, TX 77002-6117
Tel:  346.718.6600
Email:  EHaitz@gibsondunn.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the above-referenced Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by GEII to the jurisdiction of this Court or any other court with respect to this Adversary Proceeding; or (b) a waiver of any right of GEII (i) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto, or (ii) to other rights, claims, actions, defenses, setoffs, or recoupments to which GEII is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, and setoffs are hereby expressly reserved.

[*remainder of page blank*]

Dated: January 20, 2022   Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

/s/   *John T. Cox III*
John T. Cox III  (Tex. Bar No. 24003722)
Andrew LeGrand (Tex. Bar No. 24070132)
Pooja Patel (Tex. Bar No. 24104064)
2001 Ross Avenue, Suite 2100,
Dallas, TX 75201
Tel:     214.698.3100
Email: TCox@gibsondunn.com
           ALegrand@gibsondunn.com
           PPatel@gibsondunn.com

*and*

Eric T. Haitz (Texas Bar No. 24101851)
811 Main Street, Suite 3000
Houston, TX 77002-6117
Tel:     346.718.6600
Email: EHaitz@gibsondunn.com

*Counsel to General Electric International, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 20, 2022, a true and correct copy of the foregoing document was served on all counsel of record through the Court's ECF system.

*/s/ Eric T. Haitz*
Eric T. Haitz