UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WATTSTOCK LLC, ET AL., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-03183-X |
| | § | |
| ALTA POWER LLC, | § | |
| | § | |
| *Defendant.* | § | |

# ORDER

Before the Court is a report and recommendation from the United States Bankruptcy Court [Doc. No. 3]. The Bankruptcy Court recommends that this Court grant the defendant's motion to withdraw the reference when the bankruptcy court certifies that this action is ready for trial and defer all pretrial matters to the Bankruptcy Court. Neither party filed objections.

The Bankruptcy Court's familiarity with the facts and the parties makes it well-situated to handle pretrial matters in this case. Allowing the Bankruptcy Court to handle pretrial filings would further both judicial economy and the important goal of uniformity and efficiency in bankruptcy administration. Therefore, this Court **ACCEPTS** the recommendation. This case is hereby **REFERRED** for pretrial management to the United States Bankruptcy Court. When the Bankruptcy Court concludes this case is ready for trial, it should notify this Court, and this Court will then withdraw the reference.

**IT IS SO ORDERED** this 22nd day of March, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE